■ DENNIS E. O'NEIL, Respondent, v. NICHOLAS S. MARCHESE, Appellant. — Order unanimously affirmed, with $10 costs. No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.